UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| STEVE BALLARD, *an individual, on behalf of himself and others similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; U.S. BANK, N.A.; WELLS FARGO BANK, N.A.; and NATIONSTAR MORTGAGE LLC and DOES 1-10, inclusive,<br><br>Defendant. | No.: SACV12-01698-JLS (JPRx)<br>Honorable Josephine L. Staton<br><br>**JUDGMENT IN FAVOR OF DEFENDANTS BANK OF AMERICA, N.A. AND NATIONSTAR MORTGAGE LLC** |

Case No. SACV12-01698-JLS(JPRx)

1    The Motion for Summary Judgment of Defendants Bank of America, N.A. ("BANA") and Nationstar Mortgage LLC ("Nationstar") (collectively, "Defendants") came on for hearing on January 10, 2014 in the above-entitled Court.  Having considered all of the papers submitted by the parties as well as oral argument, and for the reasons outlined in the Court's Order Granting Defendants' Motion for Summary Judgment, the Court finds and rules as follows:

**IT IS HEREBY ORDERED** that pursuant to Federal Rule of Civil Procedure 56, judgment is entered in BANA's and Nationstar's favor as to all causes of action asserted by Plaintiff Steven Ballard.  Plaintiff shall take nothing by reason of his Complaint against BANA and Nationstar.

DATED:  January 31, 2014              _____
                                      Honorable Josephine L. Staton
                                      United States District Judge

Case No. SACV12-01698-JLS (JPRx)    – 1 –