UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| STEVE BALLARD, *an individual, on behalf of himself and others similarly situated*,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; U.S. BANK, N.A.; WELLS FARGO BANK, N.A.; AND NATIONSTAR MORTGAGE LLC and DOES 1-10, inclusive,<br><br>Defendant. | No.: SACV12-01698-JLS (JPRx)<br>Honorable Josephine L. Staton<br><br>**JUDGMENT IN FAVOR OF DEFENDANTS WELLS FARGO BANK, N.A. AND U.S. BANK, N.A.** |

Case No. SACV12-01698-JLS(JPRx)

1       The Motion for Summary Judgment of Defendants Wells Fargo Bank, N.A.
2 ("Wells Fargo"), and U.S. Bank, N.A., as trustee for the registered holders of MASTR
3 Asset Securitization Trust 2003-7 Mortgage Pass-Through Certificates, Series 2003-7
4 ("U.S. Bank") (collectively, "Defendants") came on for hearing on January 10, 2014
5 in the above-entitled Court. Having considered all of the papers submitted by the
6 parties as well as oral argument, and for the reasons outlined in the Court's Order
7 Granting Defendants' Motion for Summary Judgment, the Court finds and rules as
8 follows:

10       **IT IS HEREBY ORDERED** that pursuant to Federal Rule of Civil Procedure
11 56, judgment shall be entered in both Wells Fargo's and U.S. Bank's favor as to all
12 causes of action asserted by Plaintiff Steven Ballard. Plaintiff shall take nothing by
13 reason of his Complaint against Wells Fargo and U.S. Bank.

17 DATED: January 31, 2014          _____
                                                          Honorable Josephine L. Staton
                                                          United States District Judge